UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 1:22 CR 720 |
|     ) | |
|   Plaintiff    ) | JUDGE SOLOMON OLIVER, JR. |
|     ) | |
|   v.   ) | ORDER ACCEPTING PLEA |
|     ) | AGREEMENT, JUDGMENT AND |
| MAURO HERNANDEZ-HERNANDEZ,   ) | REFERRAL TO U.S. PROBATION |
|     ) | OFFICE |
|   Defendant   ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Mauro Hernandez-Hernandez, which was referred to the Magistrate Judge with the consent of the parties.

On December 15, 2022, the government filed a one count Indictment, charging Defendant Mauro Hernandez-Hernandez with Illegal Reentry, in violation of Title 8 U.S.C. § 1326. Defendant was arraigned on December 20, 2022, and entered a plea of not guilty to Count 1 of the Indictment, before Magistrate Judge Knapp. On January 19, 2023 Magistrate Judge Knapp, received Defendant Mauro Hernandez-Hernandez's plea of guilty to Count 1 of the Indictment, without a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the

charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Mauro Hernandez-Hernandez is adjudged guilty to Count 1 of the Indictment, in violation of Title 8 U.S.C. § 1326, Illegal Reentry. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on March 20, 2023, at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 8, 2023